MATTHEW R. EASON, Esq., Cal. Bar No. 160148
KYLE K. TABORNINI, Esq., Cal. Bar No. 160538
**EASON & TAMBORNINI, ALC**
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone (916) 438-1819
Facsimile  (916) 438-1820

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary A. Luciano; an individual Michael Luciano; an individual,<br><br>               Plaintiff,<br>v.<br><br>Costco Wholesale Corporation; and Does 1-25 inclusive,<br><br>               Defendants. | Case No.: 2:17-cv-01620-TLN-CKD<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS RELATED TO MICHAEL LUCIANO'S LOSS OF CONSORTIUM** |

      Plaintiffs Mary A. Luciano, individually and on behalf of herself and Michael Luciano, individually, on behalf of himself, (Collectively as "Plaintiffs") and Defendant Costco Wholesale Corporation, by and through their attorneys, have stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims related to Michael Luciano's loss of consortium be dismissed with prejudice, each side bearing their own attorney's fees and costs.

      Accordingly, it is hereby ORDERED that all claims related to Michael Luciano's loss of consortium be dismissed with prejudice, each side bearing their own attorney's fees and costs.

      IT IS SO ORDERED.

      Dated:  June 20, 2018

_____
Troy L. Nunley
United States District Judge